Philip G. Jones (1748)
Chapter 7 Trustee
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-2119
Fax: (801) 224-6345

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 APR 26 AM 11: 19

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF UTAH CENTRAL DIVISION

| In Re: | Case No. 09-33047 |
|---|---|
| JESSE REPSIN BILLS | Chapter 7 |
| VANESSA SUE BILLS | Judge: R. KIMBALL MOSIER |
| Debtor(s). | |

**DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

____ A       The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_x_ B       The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 12 | America First Federal Credit Union<br>PO Box 9199<br>1344 W. 4675 So.<br>Ogden, UT  84409-0199 | 1.80 |
| 13 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | 1.97 |

A check in the amount of $3.77 representing said funds in payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 22nd day of April, 2011.

PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 22nd day of April, 2011:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

JARED B. PEARSON
43 West 9000 South
Suite B5
Sandy, UT 84070